# LAW OFFICES OF ROBERT G. SELLERS

718 N. 2nd Street, Unit 302
Philadelphia, PA 19123
Office: (215) 896-1170   |   Fax: 1-888-977-3755
robert@sellerslawoffices.com
*New Address as of September 2022*

November 24, 2023

***Via EM/ECF***
United States District Court
District of New Jersey

    Re:   Melvin v. Trenton, et. al. | 3:21-CV-11770
            Notice of Dismissal Pursuant to FRCP 41(a)(1)

Dear Judicial Clerk:

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff gives notice of his voluntary dismissal without prejudice of all Defendants to this action.

At this time, Defendants have not filed an answer or motion for summary judgment.

Respectfully,

**LAW OFFICES OF ROBERT G. SELLERS**

/s/ Robert Sellers
Robert G. Sellers, Esquire

Cc:   Plaintiff Marvin Melvin
        Via US Mail