# L<span>AW</span> O<span>FFICES OF</span> R<span>OBERT</span> G. S<span>ELLERS</span>

718 N. 2nd Street, Unit 302
Philadelphia, PA 19123
Office: (215) 896-1170    |    Fax: 1-888-977-3755
robert@sellerslawoffices.com
*New Address as of September 2022*

November 27, 2023

**Via CM/ECF**
Honorable Peter G. Sheridan
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, New Jersey 08608

    **Re:** **Melvin v. Trenton, et. al. | 3:21-cv-11770-PGS-DEA**
          **Notice of Dismissal Pursuant to FRCP 41(a)(1)**
          **Attorney Illness (RSV)**

Dear Judge Sheridan:

Please be advised that this office represents Plaintiff Marvin Melvin in the above-referenced matter. On Friday, November 24, 2023, I filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and forwarded the same to Mr. Miccio, counsel to the Defendants.

I apologize to the Court and counsel for not filing the notice sooner, but last week my seven-month-old daughter tested positive for respiratory syncytial virus (RSV); unfortunately, I too have contracted the virus and have been experiencing flu-like symptoms since Thanksgiving.

Due to the severity of her condition, my wife and I have been focused on providing our daughter with the necessary care and attention during this challenging time. The unexpected nature of her illness has regrettably caused a delay in attending to certain professional responsibilities, including the timely submission of the Notice of Voluntary Dismissal.

I spoke with Mr. Miccio earlier this morning and he does not object to postponing (if necessary) this hearing.

Thank you for your kind attention to this matter. Please let me know if the Court has any questions, concerns, or needs further information.

        Respectfully,

        **Law Offices of Robert G. Sellers**

        <u>/s/ Robert G. Sellers, Esquire</u>

Cc:    Scott Miccio (counsel to Defendants)
        via CM/ECF